

**NUMBER 13-14-00124-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IN THE INTEREST OF A.E. and A.E., CHILDREN**

---

**On appeal from the 135th District Court
of DeWitt County, Texas.**

---

# ORDER

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

This is an appeal of a final order terminating parental rights. Appellee's brief in this matter was due on July 16, 2014. Appellee has neither filed its brief nor filed a motion for extension of time seeking additional time to file it.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that

appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, the Court does not favor motions for extension of time to file the record or briefs. In accordance with the limited time for consideration of these appeals, it is the policy of this Court to limit extensions of time to file a brief absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, we ORDER appellee's counsel, Luisa P. Marrero of the Texas Department of Family and Protective Services, to file the State's brief within *five* days of the date of this order. *No further extensions of time will be granted.* The Clerk of this Court is ORDERED to serve a copy of this order on appellee by certified mail, return receipt requested.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of July, 2014.

2